# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM 40253**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Kevin E. HERNANDEZ**
Airman (E-2), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 28 February 2023

————————————

*Military Judge:* Christina M. Jimenez.

*Sentence:* Sentence adjudged 9 November 2021 by GCM convened at Hill Air Force Base, Utah. Sentence entered by military judge on 9 December 2021: Bad-conduct discharge, confinement for 3 months, and reduction to E-1.

*For Appellant:* Major Theresa L. Hilton, USAF.

Before KEY, ANNEXSTAD, and GRUEN, *Appellate Military Judges*.

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

————————————

PER CURIAM:

The findings and sentence as entered are correct in law and fact, and no error materially prejudicial to the substantial rights of Appellant occurred. Articles 59(a) and 66(d), UCMJ, 10 U.S.C. §§ 859(a), 866(d). *Manual for Courts-Martial, United States* (2019 ed.).

Accordingly, the findings and sentence are **AFFIRMED**.



FOR THE COURT

CAROL K. JOYCE
Clerk of the Court